SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENQIANG BIAN, | ) No. C 07-1602 JL |
|         Plaintiff, | ) |
| v. | ) **CONSENT TO MAGISTRATE JUDGE** |
| ALBERTO R. GONZALES, Attorney General of the United States, in his Official Capacity; ROBERT S. MUELLER, Director of FBI, in his Official Capacity; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, in his Official Capacity; EMILIO T. GONZALEZ, Director, of the United States Citizenship and Immigration Services, in his Official Capacity; DAVID N. STILL, District Director of the San Francisco Citizenship and Immigration Services Office, in his Official Capacity; | ) **JURISDICTION; STIPULATION TO** ) **DISMISS; AND [PROPOSED] ORDER** |
|         Defendants. | ) |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

Stipulation to Dismiss
C07-1602 JL                                                                           1

above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: May 11, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 11, 2007

/s/
THEODORE C. CHEN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 17, 2007

IT IS SO ORDERED
Judge James Larson

JAMES
United

Stipulation to Dismiss
C07-1602 JL                                             2